# EXHIBIT  A



# Case #2019CV07788

**Name**: ANGELA FERGUSON

**Date Filed** : 9/24/2019

**Case Status** : PENDING

**Litigant Type** : PLAINTIFF

**Court** : 010

**Docket Type** : OTHER CIVIL

**Business Name** :

**Style** : ANGELA FERGUSON

**Style (2)** : vs TRIANA HEALTH SERVICES INC ET AL

# Case History

*Currently viewing 1 through 8 of 00008 records*

| Sequence | Date Filed | Description |
|---|---|---|
| P00006 | 2/3/2020 | ANSWER/RESPONSE<br>DEFENDANT'S ORIGINAL ANSWER AND DEFENSES<br>TO PLAINTIFF'S ORIGINAL PETITION |
| P00005 | 1/9/2020 | NO FEE DOCUMENTS<br>CITATION RETURNED |
| O00001 | 10/31/2019 | ORDER GRANTING RULE 106<br>DEFENDANTS ADMINISTRATOR MICHAEL TRIANA<br>JUDGE: GRACE M UZOMBA<br>VOL: 1527 PAGE: 559 PAGE COUNT: 1 |
| P00004 | 10/16/2019 | MOTION FOR RULE 106<br>AND PROPOSED ORDER AUTHORIZING<br>SUBSTITUTED SERVICE |
| S00001 | 9/27/2019 | CITATION<br>DBA TRIANA HEALTH SERVICES INC<br>ISSUED: 9/27/2019 |
| P00003 | 9/24/2019 | CIVIL CASE INFORMATION SHEET |
| P00002 | 9/24/2019 | CITATION<br>SERVICE REQUEST |
| P00001 | 9/24/2019 | PLAINTIFF ORIGINAL PETITION<br>AND JURY DEMAND |

E-FILED
Bexar County, County Clerk
Lucy Adame-Clark
Submission Date: 9/24/2019 1:52 PM
Accepted Date: 9/25/2019 9:21 AM
Accepted By: Valerie Tristan
/s/ Valerie Tristan
Deputy Clerk

## 2019CV07788

CAUSE NO. _____

| | | |
|---|---|---|
| ANGELA FERGUSON, | § | IN THE  COUNTY COURT |
| | § | |
| *Plaintiff*, | § | |
| v. | § | |
| | § | AT LAW NO. CC# 10 |
| TRIANA HEALTH SERVICES, INC. DBA | § | |
| HIGHLAND NURSING CENTER, | § | |
| | § | |
| *Defendant*. | § | |
| | § | BEXAR COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND

For her Original Petition against Defendant Triana Health Services, Inc. dba Highland Nursing Center, Plaintiff Angela Ferguson shows the following:

### Case Management

1.      Plaintiff desires to prosecute this case under a Level III discovery plan pursuant to Texas Rule of Civil Procedure 190.4.

### Introduction and Factual Background

2.      This is an action for both unpaid compensation and retaliatory discharge from employment under the Fair Labor Standards Act (FLSA). Plaintiff Angela Ferguson was employed by Defendant Highland Nursing Center, a skilled nursing facility in San Antonio, Texas, known as Highland Nursing Center, as a certified nursing assistant. Defendant failed to pay Plaintiff her overtime premium in accordance with the FLSA. Plaintiff repeatedly complained, and after her last complaint during which Plaintiff was physically assaulted by Defendant's Administrator, Plaintiff was suspended and then fired.

1

## Parties

3.     Plaintiff Angela Ferguson resides in San Antonio, Bexar County.  She may be served with papers in this case through the undersigned counsel.

4.     Defendant Triana Health Services, Inc. dba Highland Nursing Center is a corporation organized under the laws of the State of Texas.  Its principal place of business is located at 17050 Bandera Road, Helotes, Texas 78023.  It may be served through its registered agent, Lorenzo Triana II, at 17050 Bandera Road, Helotes, Texas 78023.

## Jurisdiction and Venue

5.     The Court possesses subject-matter jurisdiction over this action because Plaintiff's damages are within the jurisdictional limits of the Court.  The Court also possesses personal jurisdiction over Defendant because Defendant is organized under the laws of Texas, maintains its principal place of business in Texas, and regularly conducts business in the State of Texas.  Venue is proper in Bexar County because all of the events giving rise to Plaintiff's claims occurred in Bexar County and because Defendants reside in Bexar County.

## First Cause of Action: Unpaid Wages under FLSA

6.     Plaintiff re-alleges and incorporates by reference Paragraphs 1 through 5 supra.

7.     Defendant is and was at all times relevant to this lawsuit subject to the requirements of the FLSA in that two or more of its employees engage in interstate commerce and Defendant has, and continues to have, gross annual sales in excess of $500,000.  As such, there is "enterprise coverage" under the FLSA.

8.     Moreover, Plaintiff was employed by Defendant, and was therefore an employee within the meaning of the FLSA.  Plaintiff worked as a certified nursing assistant and was paid

on an hourly basis.  As such, she was an non-exempt employee entitled to receive the overtime premium when she worked in excess of forty hours in any given workweek.

9.       Defendant failed to pay Plaintiff for all overtime compensation (at one-and-a-half times her regular rate of pay) she was due.  Plaintiff now sues to recover this unpaid compensation.  In addition to the unpaid compensation for hours worked, Plaintiff is entitled to an equal amount in liquidated damages because Defendants did not act in objective good faith.

### Second Cause of Action:  Retaliation under FLSA

10.      Plaintiff re-alleges and incorporates by reference Paragraphs 1 through 9 supra.

11.      Plaintiff repeatedly complained to management that she had not been paid all overtime pay due her.  Then, on July 5, 2019, Plaintiff complained to Mrs. Triana, one of Defendant's owners, regarding Defendant's failure to pay her overtime compensation owed to her.  While Plaintiff was in the process of doing so, Mrs. Triana's son, Michael, who is also a corporate officer, entered the room.  Michael Triana admonished Plaintiff for speaking to his mother regarding her "paycheck."  Michael Triana became very angry and actually physically assaulted (pushed) Plaintiff.  Plaintiff thereafter reported the incident to the Director of Nurses.  Michael Triana would later admit that he in fact pushed Plaintiff when he lost his temper.

12.      When Plaintiff next returned to work, Michael Triana informed Plaintiff that she was being suspended pending an allegation that she had assaulted a patient.  This allegation was completely false.  Plaintiff and others provided information to Defendant from which Defendant should have known that the allegation against Plaintiff was patently false.  Nevertheless, Plaintiff was not allowed to return to work and was discharged from employment.

13.    Plaintiff contends that Defendant's stated reason for discharging Plaintiff was pretextual, and that the real reason she was fired was because she had repeatedly complained about not being paid her overtime correctly.

14.    As a result of Defendants' illegal discharge of Plaintiff from employment, Plaintiff has suffered lost wages and benefits.  She also has suffered emotional distress, mental anguish, and damage to her reputation.

15.    Plaintiff now sues for these damages.  Additionally, Plaintiff is entitled to an award of liquidated damages because Defendants did not act in objective good faith.

16.    Because Plaintiff has been forced to retain legal counsel to vindicate her legal rights, Plaintiff is also entitled to an award of attorney fees and costs of court.

### Jury Demand

17.    Plaintiff demands a trial by jury.

### Statement Regarding Damages

18.    Pursuant to Texas Rule of Civil Procedure 47, Plaintiff pleads that she seeks more than $100,000.00 and less than $200,000.

### Conclusion and Prayer

Plaintiff prays that, upon final judgment, she be awarded the following:

a.    Unpaid overtime wages;

b.    Lost wages and benefits in the past and in the future;

c.    Reinstatement;

d.    Liquidated damages;

e.    Compensatory damages for emotional distress, mental anguish, humiliation and damage to reputation;

f.    Attorney fees;

g.    Costs of court; and

h.    All other relief to which she is entitled.

Respectfully submitted,

Michael V. Galo, Jr.
State Bar No. 00790734
GALO LAW FIRM, P.C.
4230 Gardendale, Bldg. 401
San Antonio, Texas  78229
Telephone -- 210.616.9800
Facsimile -- 210.616.9898
Email: mgalo@galolaw.com
ATTORNEYS FOR
PLAINTIFF ANGELA FERGUSON

CAUSE NO. 2019CV07788

| | | |
|---|---|---|
| ANGELA FERGUSON, | § | IN THE  COUNTY COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | AT LAW NO. CC# 10 |
| TRIANA HEALTH SERVICES, INC. DBA | § | |
| HIGHLAND NURSING CENTER, | § | |
| | § | |
| *Defendant.* | § | |
| | § | BEXAR COUNTY, TEXAS |

---

## NOTICE OF CONSENT

---

My name is Angela Ferguson.  I am a former employee of Defendant Triana Health Services, Inc. dba Highland Nursing Center.  I consent to participate as a party Plaintiff in the above-captioned lawsuit to recover lost wages, overtime, and liquidated damages.

Signature

Printed Name  Angela Ferguson

Date  9-23-19

# County Clerk - Civil Central Filing

**Receipt**

**Receipt**

**Transaction Status: Valid**



| Batch Date: | 09/25/2019 | Batch Number: | 173366 |
|---|---|---|---|
| Date/Time: 9/25/2019- 11:43:19 AM | | Workstation: | DBGKHBZ1 |

**Lucy Adame-Clark**

County Clerk - Civil Central Filing

Bexar County

MICHAEL V GALO

4230 GARDENDALE ST

401

SAN ANTONIO, TX 78229

**Court Number:    0010**

Style:

ANGELA FERGUSON

vs

TRIANA HEALTH SERVICES INC ET AL

| | |
|---|---|
| Cause Number: | 2019CV07788 |
| Receipt Number: | 06718756 |
| Transaction Number: | 14 |
| User ID: | CC37490 |
| Payment Type Code: | 3074 |
| Payment Type Name: | ccORP N/S JuryDemand |

## Amount for this Receipt:  $287.00

NEW SUIT/ JURY DEMAND

| | |
|---|---|
| Document Number: | 0002485730 |
| Cost Bill  Number: | |
| Reference #: | |

| Transaction # | Office | Tender Name | Check Number | Date of Check | Amount |
|---|---|---|---|---|---|
| 14 | CHCC | Efile | 037076540-0 | 9/25/2019 11:42:44 AM | $293.00 |
| | | | | **Transaction Total** | **$293.00** |

| Allocation Names | And Amounts | | |
|---|---|---|---|
| alADRS | $15.00 | alJSF2 | $42.00 |
| alAPLC | $5.00 | alBCLS (County 5%) | $0.50 |
| ccClerk - New Filing | $40.00 | alCSF | $5.00 |
| ccJSF | $40.00 | alJury Demand | $40.00 |
| alLaw Library | $15.00 | alOCR | $15.00 |
| alRMF | $5.00 | alBCLS (State 95%) | $9.50 |
| al CH/RENOV FEE | $15.00 | al Rec Preservation Fee | $5.00 |
| E-Filing Fee | $30.00 | alJCPTF - SB42 | $5.00 |

# County Clerk - Civil Central Filing

Receipt

Receipt

Transaction Status: Valid



| Batch Date: | 09/25/2019 | Batch Number: | 173366 |
| Date/Time: 9/25/2019- 11:43:19 AM | | Workstation: | DBGKHBZ1 |

**Lucy Adame-Clark**

County Clerk - Civil Central Filing

MICHAEL V GALO

4230 GARDENDALE ST

401

SAN ANTONIO, TX 78229

Bexar County

Court Number:  **0010**

Style:

ANGELA FERGUSON

vs

TRIANA HEALTH SERVICES INC ET AL

| | |
|---|---|
| Cause Number: | 2019CV07788 |
| Receipt Number: | 06718757 |
| Transaction Number: | 14 |
| User ID: | CC37490 |
| Payment Type Code: | 3097 |
| Payment Type Name: | ccPlain Copy |

**Amount for this Receipt:  $6.00**

COPIES

| | |
|---|---|
| Document Number: | 0002485732 |
| Cost Bill  Number: | |
| Reference #: | |

| Transaction # | Office | Tender Name | Check Number | Date of Check | Amount |
|---|---|---|---|---|---|
| 14 | CHCC | Efile | 037076540-0 | 9/25/2019 11:42:44 AM | $293.00 |
| | | | | Transaction Total | $293.00 |

| | Allocation Names  And Amounts | |
|---|---|---|
| alPlain Copy | $6.00 | |

## CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: **2019CV07788**    COURT *(FOR CLERK USE ONLY)*: __CC# 10__

STYLED Angela Ferguson v. Triana Health Services, Inc. dba Highland Nursing Center
_____
*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| **Name:** Michael V. Galo, Jr. | **Plaintiff(s)/Petitioner(s):** Angela Ferguson | ☒ Attorney for Plaintiff/Petitioner<br>☐ *Pro Se* Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: _____ |
| **Email:** mgalo@galolaw.com | | |
| **Address:** 4230 Gardendale, Bldg. 401 | **Defendant(s)/Respondent(s):** Triana Health Services, Inc. dba Highland Nursing Center | **Additional Parties in Child Support Case:**<br><br>Custodial Parent: _____<br><br>Non-Custodial Parent: _____<br><br>Presumed Father: _____ |
| **Telephone:** (210) 616-9800 | | |
| **City/State/Zip:** San Antonio, TX 78229 | | |
| **Fax:** (210) 616-9898 | | |
| **Signature:** | **State Bar No:** 00790734 | |
| | *[Attach additional page as necessary to list all parties]* | |

**2. Indicate case type, or identify the most important issue in the case *(select only 1)*:**

| Civil | | | Family Law | |
|---|---|---|---|---|

| Contract | Injury or Damage | Real Property | Marriage Relationship | Post-Judgment Actions (non-Title IV-D) |
|---|---|---|---|---|
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract:<br>_____<br><br>*Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract:<br>_____ | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>  ☐ Accounting<br>  ☐ Legal<br>  ☐ Medical<br>  ☐ Other Professional<br>   Liability:<br>  _____<br>☐ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br>  ☐ Asbestos/Silica<br>  ☐ Other Product Liability<br>   List Product:<br>  _____<br><br>☐ Other Injury or Damage:<br>_____ | ☐ Eminent Domain/<br> Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property:<br>_____<br><br>**Related to Criminal Matters**<br>☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus—<br> Pre-indictment<br>☐ Other: _____ | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>  ☐ With Children<br>  ☐ No Children<br><br><br>**Other Family Law**<br>☐ Enforce Foreign<br> Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities<br> of Minority<br>☐ Other: _____ | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br><br>**Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order<br><br>**Parent-Child Relationship**<br>☐ Adoption/Adoption with<br> Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental<br> Rights<br>☐ Other Parent-Child: |

| Employment | Other Civil | |
|---|---|---|
| ☐ Discrimination<br>☒ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment:<br>_____ | ☐ Administrative Appeal<br>☐ Antitrust/Unfair<br> Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: _____ |

| Tax | Probate & Mental Health | |
|---|---|---|
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: _____ |

**3. Indicate procedure or remedy, if applicable *(may select more than 1)*:**

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court<br>☐ Arbitration-related<br>☐ Attachment<br>☐ Bill of Review<br>☐ Certiorari<br>☐ Class Action | ☐ Declaratory Judgment<br>☐ Garnishment<br>☐ Interpleader<br>☐ License<br>☐ Mandamus<br>☐ Post-judgment | ☐ Prejudgment Remedy<br>☐ Protective Order<br>☐ Receiver<br>☐ Sequestration<br>☐ Temporary Restraining Order/Injunction<br>☐ Turnover |

**4. Indicate damages sought *(do not select if it is a family law case)*:**

☐ Less than $100,000, including damages of any kind, penalties, costs, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☒ Over $100,000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

# Lucy Adame-Clark



COUNTY CLERK  |  BEXAR COUNTY

BEXAR COUNTY COURTHOUSE
100 DOLOROSA, SUITE 104
SAN ANTONIO, TEXAS 78205

## CIVIL INITIAL FILING SERVICE REQUEST FORM

CASE NO.: 2019CV07788

PLAINTIFF Angela Ferguson                    DATE 9/24/19    CC# 10

VS.

DEFENDANT Triana Health Services, inc. dba Highland Nursing Center

PLEASE LIST **NAME, ADDRESS AND SERVICE TYPE** FOR **EACH DEFENDANT**.

CITATION:
1. NAME: Triana Health Services, Inc. dba Highland Nursing Center (Registered Agent: Lorenzo Triana II)
   ADDRESS: 17050 Bandera Road, Helotes, Texas 78023
   - A. [✓]  PRIVATE PROCESS
   - B. [ ]  SHERIFF
   - C. [ ]  CERTIFIED MAIL
   - D. [ ]  OUT OF COUNTY
   - E. [ ]  MAIL TO ATTORNEY

CITATION:
2. NAME: _____
   ADDRESS: _____
   - A. [ ]  PRIVATE PROCESS
   - B. [ ]  SHERIFF
   - C. [ ]  CERTIFIED MAIL
   - D. [ ]  OUT OF COUNTY
   - E. [ ]  MAIL TO ATTORNEY

CITATION:
3. NAME: _____
   ADDRESS: _____
   - A. [ ]  PRIVATE PROCESS
   - B. [ ]  SHERIFF
   - C. [ ]  CERTIFIED MAIL
   - D. [ ]  OUT OF COUNTY
   - E. [ ]  MAIL TO ATTORNEY

PRIVATE PROCESS

Case Number: 2019CV07788

2019CV07788  S00001

**ANGELA FERGUSON**

**VS.**

**TRIANA HEALTH SERVICES INC ET AL**
(Note:Attached Document May Contain Additional Litigants.)

IN THE COUNTY COURT
AT LAW NO. 10
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To: TRIANA HEALTH SERVICES INC DBA HIGHLAND NURSING CENTER
REGISTERED AGENT: LORENZO TRIANA II
17050 BANDERA ROAD
HELOTES, TX 78023

Chance Strawswer
Pronto Process
210-226-7192
Date: 9·27·19

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk
who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were
served this citation and petition, a default judgment may be taken against you." Said petition was filed on the 24th
day of September, 2019.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 27TH DAY OF SEPTEMBER, A.D., 2019.

MICHAEL V GALO JR
ATTORNEY FOR PLAINTIFF
4230 GARDENDALE ST 401
SAN ANTONIO, TX 78229-3475



LUCY ADAME-CLARK
County Clerk of Bexar County, Texas
Bexar County Courthouse
100 Dolorosa Suite 104
San Antonio, Texas 78205

By: *Christopher Cavazos*, Deputy

---

ANGELA FERGUSON
VS
TRIANA HEALTH SERVICES INC ET AL

**Officer's Return**

Case Number: 2019CV07788
Court: County Court at Law No. 10

I received this CITATION on the_____ day of_____, 20_____ at _____o'clock ___M. and:( ) executed it by delivering a copy of the CITATION on the date of
delivery endorsed and to_____, in person on the _____ day of_____, 20_____ at _____ o'clock
___M. at:_____ or ( ) not executed because _____.

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____County, Texas

By :_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____

NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is
_____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on
the _____ day of_____, 20_____.

_____
Declarant

FILE COPY(DKC001)

2019CV07788

E-FILED
Bexar County, County Clerk
Lucy Adame-Clark
Submission Date: 10/16/2019 11:35 AM
Accepted Date: 10/16/2019 3:44 PM
Accepted By: Diamond Vargas
Deputy Clerk

CAUSE NO.  2019CV07788

| | | |
|---|---|---|
| ANGELA FERGUSON, | § | IN THE  COUNTY COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | AT LAW NO. 10 |
| TRIANA HEALTH SERVICES, INC. DBA | § | |
| HIGHLAND NURSING CENTER, | § | |
| | § | |
| *Defendant.* | § | |
| | § | BEXAR COUNTY, TEXAS |

---

## PLAINTIFF ANGELA FERGUSON'S MOTION FOR SUBSTITUTED SERVICE

---

Plaintiff Angela Ferguson files this Motion for Substituted Service and shows the following:

Plaintiff Angela Ferguson filed this action under the Fair Labor Standards Act against Defendant Triana Health Services Inc Dba Highland Nursing Center.  Defendant has repeatedly attempted to serve Defendant's registered agent, Lorenzo Triana II, at 17050 Bandera Rd, San Antonio, TX 78023.  This is the registered agent's physical address per information available from the Texas Secretary of State.  However, this address appears to be a vacant lot.  Therefore, Plaintiff's process server has repeatedly attempted to serve the registered agent at Defendant's principal place of business, Highlands Nursing Home, at 5819 Pecan Valley Dr., San Antonio, Texas 78223.  These attempts have also been unsuccessful.  As recently as October 7, 2019, the process server was advised by the registered agent's son, Michael Triana (who is Defendant's nursing home administrator) that the registered agent is hardly ever there, but that he (Michael Triana) has advised his father, the registered agent, that the process server is seeking to serve him, but that it is up to the registered agent whether to respond.  Please see process server affidavit, Ex. 1.

It is apparent that the registered agent is evading service, not only by listing an inaccurate address with the Texas Secretary of State but also by evading service after being advised that the process server is attempting to serve. Plaintiff therefore requests that the Court authorize substituted service in this case by permitting service on Michael Triana at Defendant's principal place of business, 5819 Pecan Valley, San Antonio, Texas 78223. After all, Michael Triana is Defendant's nursing home administrator and can be trusted to ensure that the lawsuit and citation make it into the proper hands.

Plaintiff also prays for all other relief to which she is entitled.

Respectfully submitted,

/s/ Michael V. Galo, Jr.
Michael V. Galo, Jr.
State Bar No. 00790734
GALO LAW FIRM, P.C.
4230 Gardendale, Bldg 401
San Antonio, Texas 78229
T: (210) 616-9800
F: (210) 616-9898
E: mgalo@galolaw.com
ATTORNEY FOR PLAINTIFF
ANGELA FERGUSON

# EXHIBIT 1

## Affidavit in Support of Motion for Substitute Service

**State of Texas**                     **County of Bexar**                     **County Court 10 Court**

Case Number: 2019CV07788

Plaintiff:
**ANGELA FERGUSON**

BBW2019008085

vs.

Defendant:
**TRIANA HEALTH SERVICES, INC. DBA HIGHLAND NURSING CENTER**

Received by Pronto Process on the 26th day of September, 2019 at 11:18 am to be served on **Triana Health Services Inc Dba Highland Nursing Center Registered Agent Lorenzo Triana II, 17050 Bandera Rd, San Antonio, TX 78023**.

I, MARGARITO VASQUEZ, being duly sworn, depose and say that on the **11th day of October, 2019** at **11:11 am, I:**

deemed it impractical to personally deliver the CITATION, PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND/ NOTICE OF CONSENT to the registered agent for the named defendant **Triana Health Services Inc Dba Highland Nursing Center** in the above numbered and styled cause. I have attempted to make personal delivery to the registered agent **Lorenzo Triana II** at his/her residence, place of abode, place of employment or the place where the registered agent can probably be found, being **5819 Pecan Valley Drive, San Antonio, TX 78223** which was established personally in my efforts.

I believe the defendant can and will be given notice of these proceedings by delivering to anyone over the age or sixteen (16) at his/her residence, place of abode, place of employment or the place where the registered agent can probably be found being or by attaching the above mentioned documents to the front entrance/gate of the registered agent's residence, place of abode, place of employment or the place where the registered agent can probably be found.

**Additional Information pertaining to this Service:**
10/8/2019  11:13 am  Attempted service at 5819 Pecan Valley Drive, San Antonio, TX 78223, Again, spoke with Michael Triana he said that the defendant Lorenzo Triana II  wasn't in, left call back card

10/7/2019  1:20 pm  Attempted service at 5819 Pecan Valley Drive, San Antonio, TX 78223, I spoke with Michael Triana (employee) alleges again that the defendant Lorenzo Triana II wasn't in, he's hardly ever here, and rarely stops in, he said that he has sent the Mr. Lorenzo Triana II an email and it's up to the defendant to call me back

10/4/2019  9:33 am  Attempted service at 5819 Pecan Valley Drive, San Antonio, TX 78223, I spoke with Michael Triana (employee) alleges that the defendant Lorenzo Triana II wasn't in, and there are no officers present, left call back card

## Affidavit in Support of Motion for Substitute Service For 2019CV07788

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which this service was made.

The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the ___ 14
day of _____, _____ by the affiant
who is personally known to me.

NOTARY PUBLIC

DEBRA RIOS
Notary Public, State of Texas
Comm. Expires 06-18-2023
Notary ID 1302641

**MARGARITO VASQUEZ**
PSC 2597 EXP 6/30-21

**Pronto Process**
**1406 W Salinas**
**San Antonio, TX 78207**
**(210) 226-7192**

Our Job Serial Number: BBW-2019008085

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1g

# County Clerk - Civil Central Filing

**Receipt**

**Receipt**

**Transaction Status: Valid**



| | |
|---|---|
| **Batch Date:** 01/03/2020 | **Batch Number:** 179809 |
| **Date/Time:** 1/3/2020- 3:24:54 PM | **Workstation:** D2S93ZN2 |

MICHAEL V GALO

4230 GARDENDALE ST

401

SAN ANTONIO, TX 78229

**Lucy Adame-Clark**

County Clerk - Civil Central Filing

Bexar County

**Court Number:** 0010

**Style:**

ANGELA FERGUSON

vs

TRIANA HEALTH SERVICES INC ET AL

## Amount for this Receipt: $1.00

COPIES

**Cause Number:** 2019CV07788
**Receipt Number:** 06905640
**Transaction Number:** 5
**User ID:** CC41058
**Payment Type Code:** 3097

**Payment Type Name:** ccPlain Copy

**Document Number:** 0002507897
**Cost Bill  Number:**
**Reference #:**

| Transaction # | Office | Tender Name | Check Number | Date of Check | Amount |
|---|---|---|---|---|---|
| 5 | CHCC | Cash | | | $1.00 |
| | | | | **Transaction Total** | **$1.00** |

| Allocation Names | And Amounts | |
|---|---|---|
| alPlain Copy | $1.00 | |

ATE PROCESS

Case Number: 2019CV07788

2019CV07788  S00001

**ANGELA FERGUSON**

**vs.**

**TRIANA HEALTH SERVICES INC ET AL**

(Note:Attached Document May Contain Additional Litigants.)

IN THE COUNTY COURT
AT LAW NO. 10
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To: TRIANA HEALTH SERVICES INC DBA HIGHLAND NURSING CENTER
REGISTERED AGENT: LORENZO TRIANA II
17050 BANDERA ROAD
HELOTES, TX 78023

FILED IN THE OFFICE
LUCY ADAME-CLARK
COUNTY CLERK BEXAR CO.
2020 JAN -9 PM 1: 27

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk
who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were
served this citation and petition, a default judgment may be taken against you." Said petition was filed on the 24th
day of September, 2019.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 27TH DAY OF SEPTEMBER, A.D., 2019.

MICHAEL V GALO JR
ATTORNEY FOR PLAINTIFF
4230 GARDENDALE ST 401
SAN ANTONIO, TX 78229-3475



LUCY ADAME-CLARK
County Clerk of Bexar County, Texas
Bexar County Courthouse
100 Dolorosa Suite 104
San Antonio, Texas 78205

By: *Christopher Cavazos*, Deputy

---

ANGELA FERGUSON
VS
TRIANA HEALTH SERVICES INC ET AL

**Officer's Return**

Case Number: 2019CV07788
Court: County Court at Law No. 10

I received this CITATION on the_____ day of_____, 20_____ at _____o'clock ___M. and:( ) executed it by delivering a copy of the CITATION on the date of

delivery endorsed and to_____, in person on the _____ day of_____, 20_____ at _____ o'clock

___M. at:_____ or ( ) not executed because _____.

Fees:_____ Badge/PPS #:_____ Date certification expires:_____

_____County, Texas

By:_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____

NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is

_____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on

the _____ day of_____, 20_____.

SEE ATTACHED
SIGNED AFFIDAVIT

_____
Declarant

RETURN TO COURT(DKC001)

## <u>AFFIDAVIT OF SERVICE</u>

**State of Texas**                         **County of Bexar**                    **County Court 10 Court**

Case Number: 2019CV07788

|||||||||| **BBW2019008085**

Plaintiff:
**ANGELA FERGUSON**

vs.

Defendant:
**TRIANA HEALTH SERVICES, INC. DBA HIGHLAND NURSING
CENTER**

Received by Pronto Process on the 26th day of September, 2019 at 11:18 am to be served on **Triana
Health Services Inc Dba Highland Nursing Center Registered Agent Lorenzo Triana II, 17050
Bandera Rd, San Antonio, TX 78023.**

I, MARGARITO VASQUEZ, being duly sworn, depose and say that on the **7th day of January, 2020** at
**10:00 am, I:**

**Substitute Served** pursuant to a **Rule 106 Order for Substitute Service signed by the court** by
leaving a true copy of this **CITATION, PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND/
NOTICE OF CONSENT/Order Authorizing Substituted Service** with the date and hour of service
endorsed thereon by me, at the within named person's usual place of business at **5819 Pecan Valley
Drive, San Antonio, TX 78223,** delivered to **Michael Triana** as **Employee,** a person who is sixteen (16)
years of age or older and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and am a
Certified Process Server, in good standing, in the jurisdiction in which this service was made.

The facts stated in this affidavit are within my personal knowledge and are true and correct.

_____
**MARGARITO VASQUEZ**
PSC 2597 EXP 6-30-21

Subscribed and Sworn to before me on the _____
day of _____, ____ by the affiant
who is personally known to me.

_____
NOTARY PUBLIC

**Pronto Process**
**1406 W Salinas**
**San Antonio, TX 78207**
**(210) 226-7192**

Our Job Serial Number: BBW-2019008085



DEBRA RIOS
Notary Public, State of Texas
Comm. Expires 06-18-2023
Notary ID 130264168

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g

FILED IN MY OFFICE
LUCY ADAME-CLARK
COUNTY CLERK BEXAR CO.

2019 NOV 14 PM 1: 42

CAUSE NO.  2019CV07788

| | | |
|---|---|---|
| ANGELA FERGUSON, | § | IN THE  COUNTY COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | AT LAW NO. 10 |
| TRIANA HEALTH SERVICES, INC. DBA | § | |
| HIGHLAND NURSING CENTER, | § | |
| | § | |
| *Defendant.* | § | |
| | § | BEXAR COUNTY, TEXAS |

---

## ORDER AUTHORIZING SUBSTITUTED SERVICE

---

The Court grants Plaintiff Angela Ferguson's Motion for Substituted Service.  Plaintiff

may serve the lawsuit and citation on Defendant's administrator, Michael Triana, at 5819 Pecan

Valley Dr., San Antonio, Texas 78223, or wherever he may be found.

Signed on this _31st_ day of _October_, 2019

_____
Judge Presiding

E-FILED
Bexar County, County Clerk
Lucy Adame-Clark
Submission Date: 2/3/2020 9:30 AM
Accepted Date: 2/5/2020 9:58 AM
Accepted By: Enrique Caballero
/s/ Enrique Caballero
Deputy Clerk

## 2019CV07788

### CAUSE NO. 2019CV07788

| | | |
|---|---|---|
| **ANGELA FERGUSON** | § | **IN THE COUNTY COURT** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **AT LAW NO. 10** |
| | § | |
| **TRIANA HEALTH SERVICES, INC.** | § | |
| **DBA HIGHLAND NURSING CENTER** | § | |
| | § | |
| **Defendant.** | § | **BEXAR COUNTY, TEXAS** |

### DEFENDANT'S ORIGINAL ANSWER AND DEFENSES TO PLAINTIFF'S ORIGINAL PETITION

Defendant TRIANA HEALTH SERVICES, INC. DBA HIGHLAND NURSING CENTER ("Defendant") files this Original Answer and Defenses to the Original Petition filed by Plaintiff ANGELA FERGUSON ("Plaintiff"), as follows:

### I.    GENERAL DENIAL

Pursuant to Texas Rule of Civil Procedure 92, Defendant generally and specifically denies each and every allegation contained in Plaintiff's Original Petition and any amendment or supplement thereto, and demands strict proof thereof. With respect to any claim by Plaintiff for punitive damages, Defendant demands strict proof thereof by clear and convincing evidence.

### II.    DEFENSES

Without assuming any burden of proof that would otherwise rest with Plaintiff, Defendant asserts the following defenses, including affirmative defenses, as follows:

1.    Plaintiff's claims are barred due to lack of subject matter jurisdiction to the extent such claims are premised on the allegation that Triana Healthcare Services, Inc. was Plaintiff's employer.

2.    With respect to some or all of Plaintiff's claims, the Petition fails to state a claim

upon which relief may be granted.

3.      Plaintiff's damages, if any, are barred in whole or in part by the doctrines of estoppel, unclean hands, and/or after-acquired evidence.

4.      Plaintiff's claims are barred by payment in that she has received all compensation to which she is due under the FLSA.

5.      Plaintiff's claims must be offset by any premium compensation, overpayments, bonuses, advances, commission or other job-related benefits paid to Plaintiff, including any compensation already paid to Plaintiff for periods not compensable under the FLSA.

6.      Defendant at all times acted in good faith and had reasonable grounds for believing its actions were in compliance with the FLSA.

7.      Defendant did not know, or show reckless disregard for, whether its conduct was prohibited by the FLSA.

8.      Plaintiff is not entitled to liquidated damages as Defendant did not act, or fail to act, in a manner sufficient to give rise to liquidated damage liability.

9.      Without conceding Plaintiff has suffered any damages because of any alleged wrongdoing by Defendant, Plaintiff has failed to mitigate or minimize the alleged damages and is therefore barred, in whole or in part, from the recovery of damages.

10.     Without conceding Plaintiff has suffered any damages because of any alleged wrongdoing by Defendant, Defendant is entitled to an offset for any earnings since Plaintiff's employment ended, including payments received from insurance carriers, workers' compensation benefits, or unemployment compensation benefits.

11.     All employment decisions made regarding or affecting Plaintiff were based upon

legitimate, non-discriminatory, and non-retaliatory reasons.

12.    At all times during Plaintiff's employment, Plaintiff was employed at-will and could be discharged with or without notice and with or without cause. There were no contracts or agreements that altered Plaintiff's at-will employment status.

13.    Plaintiff did not engage in the requisite protected conduct necessary to establish a retaliation claim.

14.    If any improper, illegal, discriminatory, or retaliatory actions were taken by any of Defendant's employees against Plaintiff (which Defendant denies), they were outside the course and scope of that employee's employment, contrary to Defendant's policies, and were not ratified, confirmed, or approved by Defendant. Thus, any such actions cannot be attributed or imputed to Defendant.

15.    Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

16.    Any claim related to an alleged assault is barred by the exclusivity provision of the Texas Workers' Compensation Act, Texas Labor Code §§ 401.001 et. seq.

17.    As a result of Plaintiff's unreasonable delay in asserting Plaintiff's rights, Defendant has suffered a good faith change of position to Defendant's detriment. Therefore, whatever right Plaintiff might otherwise have had to bring a timely action against Defendant is barred by laches

18.    Defendant specifically reserves the right to assert any other appropriate defenses, including affirmative defenses, to Plaintiff's claims as the need for such defenses becomes

known.

### III.    PRAYER FOR RELIEF

**WHEREFORE,** Defendant respectfully requests that this Court dismiss Plaintiff's Original Petition with prejudice and that Defendant be awarded Defendant's costs, attorneys' fees, and any other relief to which Defendant may be entitled.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ *Lara C. de Leon*
Lara C. de Leon
Texas Bar No. 24006957
lara.deleon@ogletreedeakins.com
112 East Pecan Street
Suite 2700
San Antonio, TX 78205
Telephone: (210) 354-1300

**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true copy of this paper has been forwarded by a method prescribed by the Texas Rules of Civil Procedure, on this 3rd day of February, 2020 to:

    Michael V. Galo, Jr.
    Galo Law Firm, P.C.
    4230 Gardendale, Bldg. 401
    San Antonio, TX 78229
    mgalo@galolaw.com

                    */s/ Lara C. de Leon*          
                    Lara C. de Leon

41663375.1<br>082593-000001